NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RALPH ODOM,                        )
personal representative,           )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No. 2D17-3067
                                   )
IN RE: ESTATE OF                   )
RALPH EUGENE ODOM, II,             )
                                   )
            Appellee.              )
_____)

Opinion filed October 17, 2018.

Appeal from the Circuit Court for
Hillsborough County; Art E. McNeil,
Judge.

Wrede Kirkpatrick, James P. Hines, and
Michele L. Cline of Hines Norman
Hines, P.L., Tampa, for Appellant.

Joel D. Eaton of Podhurst Orseck, P.A.,
Miami, for Appellee.


PER CURIAM.


            Affirmed.


BLACK, LUCAS, and ATKINSON, JJ., Concur.